## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNA OSETEK, | : | CIVIL ACTION NO. |
|    Plaintiff | : | 3:12CV1385 (JCH) |
| | : | |
| v. | : | |
| | : | |
| VORTEX SYSTEMS, LLC and | : | |
| THOMAS WILKINSON, | : | |
|    Defendants | : | MARCH 20, 2013 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendants knowingly and voluntarily stipulate that the above-captioned Complaint may be dismissed with prejudice and without costs to either party.

                                                                          Respectfully Submitted:

| | |
|---|---|
| PLAINTIFF, | DEFENDANTS, |
| Anna Osetek | Vortex Systems, LLC and Thomas Wilkinson |
| | |
| By:_____/s/_____ | By:_____/s/_____ |
|    Emanuele R. Cicchiello, ct27118 |    Jennifer L. Dixon, ct15914 |
|    Cicchiello & Cicchiello, LLP |    Daniel P. Murphy, ct19896 |
|    364 Franklin Avenue |    Kainen, Escalera & McHale, P.C. |
|    Hartford, CT  06114 |    21 Oak Street, Suite 601 |
|    Tel: (860) 296-3457 |    Hartford, CT  06106 |
|    Fax: (860) 296-0676 |    Tel: (860) 493-0870 |
|    E-mail:  manny@cicchielloesq.com |    Fax: (860) 493-0871 |
|    Her Attorneys |    E-mail: jdixon@kemlaw.com |
| |              dmurphy@kemlaw.com |
| |    Their Attorneys |

## **CERTIFICATION OF SERVICE**

The undersigned certifies that on this 20th day of March, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Jennifer L. Dixon, ct15914

53033